UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

* * * * * * * * * * *

TRUSTEES FOR THE UPPER PENINSULA PLUMBERS' AND PIPEFITTERS' HEALTH & WELFARE FUND; TRUSTEES FOR THE UPPER PENINSULA PLUMBERS' AND PIPEFITTERS' PENSION FUND; TRUSTEES FOR THE UPPER PENINSULA PLUMBERS' AND PIPEFITTERS' EDUCATIONAL FUND, TRUSTEES FOR THE UPPER PENINSULA PLUMBERS' AND PIPEFITTERS' BCTC FUND, AND TRUSTEES FOR THE UPPER PENINSULA PLUMBERS' AND PIPEFITTERS' MONEY PURCHASE FUND,

      Plaintiffs,

v.

M.J. BERGER, INC., a Michigan Corporation,

      Defendant.
_____/

Docket No.: 4:04 cv 139

Honorable Wendell A. Miles,
Senior, U.S. District Judge

SCOTT GRAHAM
Howard & Howard Attorneys, P.C.
Attorneys for Plaintiffs
151 South Rose Street, Suite 800
Kalamazoo, Michigan 49007
(269) 382-1483
_____/

## DEFAULT JUDGMENT

At a session of the United States District Court
for the Western District of Michigan
held in Grand Rapids, Michigan
on the **10th** day of **MAY**, 2005

PRESENT: HONORABLE WENDELL A. MILES
SENIOR, UNITED STATES DISTRICT JUDGE

      It appearing from the files and records that an Affidavit for Entry of Default and Entry of Default have been duly filed and that the Defendant has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure, and the Court having reviewed the Motion for Entry of Judgment submitted by the Plaintiffs, and the Plaintiffs' Complaint being for specific relief in the

form of contributions and for a specific order requiring Defendant to remit contributions in a timely manner, all as required by the terms of an applicable collective bargaining agreement, and the Court having determined that Plaintiffs are entitled to the relief requested, including, attorney fees and costs pursuant to 29 U.S.C. § 1132(g)(2)(D), and the Court being fully advised in the premises:

**NOW THEREFORE, IT IS ORDERED AND ADJUDGED** that a Default Judgment enters this day in favor of Plaintiffs and against Defendant in the amount of One Thousand Four Hundred Ten and 70/100 Dollars ($1,410.70);

**IT IS FURTHER ORDERED** that Defendant shall immediately pay all outstanding fringe benefit contributions that it owes to the plans for which the Plaintiffs are Trustees, and that Defendant shall timely pay all contributions that accrue from this date forward;

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs shall be entitled to an award of attorney fees and costs in this action, to be supported by the verified statement of Plaintiffs' counsel.

**Dated:  May 10, 2005**

/s/ Wendell A. Miles
Honorable Wendell A. Miles
Senior, United States District Judge